| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (415) 638-8800 | FOR COURT USE ONLY |
|---|---|---|
| Outten & Golden LLP<br>One Embarcadero Center, 38th Floor<br>San Francisco, CA 94111<br>ATTORNEY FOR    Plaintiff | Ref. No. or File No.<br>140549-001 | |
| UNITED STATES DISTRICT COURT - NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>Perez, Mitzie v. Wells Fargo & Co. | | |

| INVOICE NO.<br>1479201-02 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>17-cv-454 |
|---|---|---|---|---|

United States District Court

Declaration of Service

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

Complaint; Civil Cover Sheet; Summons-Federal; Consent or Declination to Magistrate Judge Jurisdiction (ECF No. 15); Clerk's Notice of Impending Re-Assignment to U.S. District Judge (ECF No. 16) ; Order Re-Assigning Case (ECF No. 17) ; Standing Order for Civil Cases before District Judge Haywood S. Gilliam, Jr.; Standing Order for All Judges of N.D. Cal.; N.D. Cal. (San Francisco) – Filing Procedures ; N.D. Cal. – ECF Registration Information;

On: Wells Fargo & Co.

At: 2710 Gateway Oaks Drive, Suite 150N
    Sacramento, CA 95833

In the above mentioned action by personally serving to and leaving with

Becky DeGeorge

Whose title is: Agent for CSC

On: 2/13/2017                    At: 08:15 AM

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: 140549-001

| PLAINTIFF/PETITIONER: | Mitzie Perez | CASE NUMBER: 17-cv-454 |
|---|---|---|
| DEFENDANT/RESPONDENT: | Wells Fargo & Co. | |

Person who served papers
  a. Name: Angelica Rodriguez Lezama
  b. Address: 15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709
  c. Telephone number: 909-664-9577
  d. The fee for this service was: 130.00
  e. I am:
  (3) [X] a registered CA process server:
     (i) [X] Independent Contractor
     (ii) Registration No.: 2013-30
     (iii) County: Sacramento

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

2/14/2017

Angelica Rodriguez Lezama          >

**Declaration of Service**

**Billing Code:** 140549-001