Jahan C. Sagafi
Cal. Bar No. 224887
OUTTEN & GOLDEN LLP
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile:  (415) 638-8810
jsagafi@outtengolden.com

Thomas Saenz,
Cal. Bar No. 159430
Victor Viramontes
Cal. Bar No. 214158
MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile:  (213) 629-0266
tsaenz@maldef.org
vviramontes@maldef.org

*Attorney for Plaintiffs and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MITZIE PEREZ, ANDREWS ACOSTA, SERGIO BARAJAS, TERESA DIAZ VEDOY, VICTORIA RODAS, and SAMUEL TABARES VILLAFUERTE, individually and on behalf of all others similarly situated, and CALIFORNIA LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & CO. and WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 17 Civ. 454<br><br>The Hon. Maxine M. Chesney<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF WELLS FARGO & CO.**<br><br>**Complaint Filed: January 30, 2017**<br><br>**Amended Complaint Filed: March 6, 2017** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Mitzie Perez, Andres Acosta, Sergio Barajas, Teresa Diaz Vedoy, Victoria Rodas, Samuel Tabares Villafuerte and California League of United Latin American Citizens ("Plaintiffs") hereby voluntarily dismiss without prejudice their claims as set forth in their First Amended Complaint, ECF No. 37, against Defendant Wells Fargo & Co.  This Notice moots Wells Fargo & Co.'s pending Motion to Dismiss, ECF No. 41.

| | | |
|---|---|---|
| Dated: | San Francisco, California<br>May 3, 2017 | Respectfully submitted,<br><br>By:   /s/ *Jahan C. Sagafi*<br>        Jahan C. Sagafi |

**OUTTEN & GOLDEN LLP**
Adam T. Klein*
Ossai Miazad*
Michael N. Litrownik*
Olivia J. Quinto*
Nantiya Ruan (Cal Bar No. 230488)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone:  (212) 245-1000
Facsimile:   (646) 509-2060
atk@outtengolden.com
om@outtengolden.com
mlitrownik@outtengolden.com
ojq@outtengolden.com
nr@outtengolden.com

Patrick David Lopez*
601 Massachusetts Avenue
Second Floor West Suite
Washington DC, 20001
Telephone: (202) 847-4400
Facsimile:   (202) 847-4410
pdl@outtengolden.com

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz
Victor Viramontes
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone:  (213) 629-2512
Facsimile:   (213) 629-0266
tsaenz@maldef.org
vviramontes@maldef.org

*admitted *pro hac vice*

*Attorneys for Plaintiffs and the proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2017, a copy of foregoing Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

Dated: May 3, 2017                                                          By:*/s/ Jahan Sagafi*____
                                                                                            Jahan Sagafi