IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITZIE PEREZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO. and WELLS FARGO BANK, N.A.,<br><br>    Defendants. | Case No. 17-cv-00454-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO STAY DISCOVERY AND CASE MANAGEMENT CONFERENCE; VACATING HEARING** |

Before the Court is defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") motion, filed July 6, 2017, "to Stay Discovery and Case Management Conference Pending Final Disposition of Motion to Dismiss Plaintiffs' First Amended Complaint." Plaintiffs have filed opposition, to which Wells Fargo has replied.

Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions, VACATES the hearing scheduled for August 25, 2017, and, having ruled this date on Wells Fargo's motion to dismiss, hereby DENIES the motion to stay as moot.

**IT IS SO ORDERED.**

Dated: August 3, 2017

                                                MAXINE M. CHESNEY
                                                United States District Judge