IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MITZIE PEREZ, et al.,

    Plaintiffs,

    v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 17-cv-00454-MMC

**ORDER GRANTING DEFERRED PORTION OF DEFENDANT'S MOTION FOR RELIEF**

Re: Dkt. No. 122

    Before the Court is the deferred portion of defendant Wells Fargo Bank, N.A.'s ("Wells Fargo") "Motion for Relief," filed December 27, 2017, by which Wells Fargo seeks an order vacating Magistrate Judge Elizabeth D. Laporte's order of December 21, 2017, to the extent the order allows class discovery as to two credit lines, specifically, home mortgage loas and automobile loans.[1]

    Wells Fargo does not argue that Magistrate Judge Laporte's order, at the time it was issued, was erroneous. Rather, Wells Fargo argues, discovery as to its home mortgage and automobile loan practices should not be allowed for the reasons set forth in its then pending motion to strike plaintiffs' class allegations.

    By order filed concurrently herewith, the Court has granted Wells Fargo's motion to strike from the class definition the references to home mortgages and automobile loans. In light of such changed circumstances, the more appropriate way for Wells Fargo to

---

[1] By order filed May 9, 2018, this Court denied the motion to the extent Wells Fargo sought an order vacating Magistrate Judge Laporte's ruling allowing plaintiffs to seek class discovery as to personal loans.

proceed would be by way of a motion seeking reconsideration by Magistrate Judge Laporte. In the interests of judicial economy, however, the Court has considered the matter and, good cause appearing, hereby GRANTS the deferred portion of Wells Fargo's Motion for Relief.

Accordingly, Wells Fargo need not provide discovery as to its mortgage loan and automobile loan practices.

**IT IS SO ORDERED.**

Dated: August 15, 2018

MAXINE M. CHESNEY
United States District Judge